FILED
JUL 26 2021
Clerk, U.S. District Court
By:_____ Deputy Clerk

21-3077-SAC
21-3078-SAC 7/22/21

Hello My Name is Casey Williams I recently filed a Couple Civil Suits for Me feeling Numerous of My Civil Rights have and are being Violated you sent Me papers saying My Claim was Dismissed Without prejudice due to Me Not paying the filing fee in time and Notifying your office of My Change of address The Jail refused to forward My legal Mail and I honestly dont Know how all this works its My first time dealing with all This Can I Re file My Civil Suits if so Can you Mail Me The forms to file two Suits and The forms to Waive The $400.00 fee please and thank you