IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CASEY LAMONT WILLIAMS, JR.,

        Plaintiff,

vs.                                          Case No. 21-3078-SAC

DOUGLAS COUNTY CORRECTIONAL
FACILITY, et al.,

        Defendants.

## **O R D E R**

Plaintiff has not responded to the court's August 10, 2021 order to show cause why this case should not be dismissed. Doc. No. 10. The September 10, 2021 deadline has passed. Plaintiff was warned that failure to respond could cause the dismissal of this action.

Upon review, the court shall direct that this matter be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 17th day of September 2021, at Topeka, Kansas.

                                      s/Sam A. Crow
                                      U.S. District Senior Judge